UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FABIAN PARRALES-MERO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN AT FCI MENDOTA,<br><br>Respondent. | No. 1:23-cv-00339-KES-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE<br><br>Doc. 8 |

Ronald Fabian Parrales-Mero, a federal prisoner, seeks to proceed with a writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that the U.S. Bureau of Prisons ("BOP") improperly denied him earned time credits under the First Step Act because he is the subject of an immigration detainer. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2025, the assigned magistrate judge issued findings and recommendations to dismiss the petition as moot. Doc. 8. The findings and recommendations stated that any objections were to be filed within fourteen (14) days. Doc. 8 at 3. The findings and recommendations were mailed to petitioner but returned as undeliverable. Petitioner did not file objections, and the time to do so has passed.

1

1  Consistent with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

As the petition is brought under § 2241 and the detention complained of does not arise out of a process issued by a state court, no certificate of appealability is required. *See Porter v. Adams*, 244 F.3d 1006, 1006–07 (9th Cir. 2001) (citing *Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997)).

Accordingly,

1. The findings and recommendations issued on July 25, 2025, Doc. 8, are ADOPTED in full;
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED without prejudice as moot; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   August 26, 2025

_____
UNITED STATES DISTRICT JUDGE

2